O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-4378 AHM (AJWx) | Date | February 11, 2011 |
|---|---|---|---|
| Title | CYNTHIA ALVAREZ v. NORDSTROM, INC., et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:     Attorneys **NOT** Present for Defendants:

**Proceedings:**     IN CHAMBERS (No Proceedings Held)

The Court DENIES Nordstrom, Inc.'s Request For Leave to File a Sur-Reply in Opposition to Plaintiff's Motion for Class Certification.[1]

No hearing is necessary. Fed. R. Civ. P. 78; L.R. 7-15.

Initials of Preparer    SMO

---

[1] Docket Nos. 39, 40.