1  Jennifer B. Zargarof (SBN 204382)
   jzargarof@sidley.com
2  SIDLEY AUSTIN LLP
   555 West Fifth Street, Suite 4000
3  Los Angeles, California  90013
   Telephone:  (213) 896-6000
4  Facsimile:  (213) 896-6600

JS-6

5  Attorneys for Defendant
   NORDSTROM, INC.

6

7

8  **UNITED STATES DISTRICT COURT**

9  **CENTRAL DISTRICT OF CALIFORNIA**

10  **WESTERN DIVISION**

11

| | |
|---|---|
| CYNTHIA ALVAREZ, individually and on behalf of other persons similarly situated,<br><br>            Plaintiff,<br><br>vs.<br><br>NORDSTROM, INC.; and DOES 1 through 10,<br><br>            Defendant. | Case No. 2:10-cv-04378-AHM (AJW)<br><br>[Related to Case No. 2:08-cv-05856 AHM (AJW)]<br><br>**ORDER OF DISMISSAL**<br><br>Complaint Filed:  August 5th, 2008 |

ORDER OF DISMISSAL

1 **ORDER**

2   Upon full consideration of the Stipulation for Dismissal pursuant to FRCP
3 41(a)(1) submitted by Plaintiff Cynthia Alvarez ("Plaintiff") and Defendant
4 Nordstrom, Inc. (collectively "the Parties") and for good cause shown, the Court
5 hereby orders the following:
6   Case No. 2:08-CV-05856-AHM (AJW) and Case No. 2:10-cv-04378-AHM
7 (AJW) are dismissed with prejudice in their entirety.

9 **IT IS SO ORDERED.**

11 Dated:  April 19, 2012

15   Hon. A. Howard Matz
   UNITED STATES DISTRICT JUDGE
16 **JS-6**

1
ORDER OF DISMISSAL