1  Jennifer B. Zargarof (SBN 204382)
   jzargarof@sidley.com
2  SIDLEY AUSTIN LLP
   555 West Fifth Street, Suite 4000
3  Los Angeles, California 90013
   Telephone: (213) 896-6000
4  Facsimile: (213) 896-6600

JS-6

5  Attorneys for Defendant
   NORDSTROM, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| CYNTHIA ALVAREZ, individually and on behalf of other persons similarly situated,<br><br>           Plaintiff,<br><br>vs.<br><br>NORDSTROM, INC.; and DOES 1 through 10,<br><br>           Defendant. | Case No. 2:10-cv-04378-AHM (AJW)<br><br>[Related to Case No. 2:08-cv-05856 AHM (AJW)]<br><br>**ORDER OF DISMISSAL**<br><br><br>Complaint Filed: August 5th, 2008 |

# ORDER

Upon full consideration of the Stipulation for Dismissal pursuant to FRCP 41(a)(1) submitted by Plaintiff Cynthia Alvarez ("Plaintiff") and Defendant Nordstrom, Inc. (collectively "the Parties") and for good cause shown, the Court hereby orders the following:

Case No. 2:08-CV-05856-AHM (AJW) and Case No. 2:10-cv-04378-AHM (AJW) are dismissed with prejudice in their entirety.

**IT IS SO ORDERED.**

Dated: April 19, 2012

_____
Hon. A. Howard Matz
UNITED STATES DISTRICT JUDGE

**JS-6**